UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In Re: **Carl D. O'Neal**, xxx-xx-9429 | Case No.:13-83224-JAC-13<br>Chapter 13 |
| Debtor, | Adversary Proceeding<br>No.: 15-80004-JAC |

**Carl D. O'Neal**,

       Plaintiff,

vs.

**Altair OH XIII, LLC, Weinstein, Pinson & Riley, P.S. and Max Zaleski, Claim Signatory and Representative of Altair OH XIII, LLC**,

       Defendants.

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing pleading upon **Altair OH XIII, LLC c/o Corporation Service Company, Registered Agent, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808, Weinstein, Pinson & Riley, P.S., c/o Daniel Ross, Registered Agent, 2001 Western Avenue, Seattle, WA 98121, Weinstein, Pinson & Riley, P.S., 2001 Western Avenue, Seattle, WA 98121, Weinstein, Pinson & Riley, P.S., c/o Maz Zaleski, Claim Signatory & Representative of Altair OH XIII, LLC, 2001 Western Avenue, Seattle, WA 98121 and Michael F. Ford, Chapter 13 Trustee**, by depositing a copy of the same in the United States mail, properly addressed and adequate postage thereon this  16th   day of January  , 2015.

                                   /s/ Amy K. Tanner
                                   OF COUNSEL