Van-212 [AP Summons] (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

In re:  
Carl D. O'Neal  
    **Debtor(s)**

Case No. 13-83224-JAC13  
Chapter 13

AP No. 15-80004-JAC

Carl D. O'Neal  
    **Plaintiff(s)**

vs.

Altair OH XIII, LLC  
et al.  
    **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Amy K Tanner<br>Bond Botes Syskstus Tanner & Ezzell PC<br>225 Pratt Avenue NE<br>Huntsville, AL 35801-4008 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: January 13, 2015

                                          Scott W. Ford, Clerk  
                                          United States Bankruptcy Court

                                          By: /s/ MeShae M. Bogue

# CERTIFICATE OF SERVICE

I, __Amy K. Tanner__ (name), certify that service of this summons and a copy of the complaint was made __1-16-15__ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__See Attached.__

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __1-16-15__    Signature __Amy K. Tanner/kca__

Print Name: __Amy K. Tanner__

Business Address: __Bond, Botes, Sykstus, Tanner & Ezzell__
__225 Pratt Avenue__
__Huntsville, AL 35801__